## Ex parte TINDELL.

No. A-4840. Opinion Filed Sept. 26, 1925.
(239 Pac. 1119.)

Geo. Giddings, for petitioner.

The Attorney General, for the State.

PER CURIAM. It having been made to appear to this court that the petitioner has abandoned and withdrawn his application herein, the petition is dismissed.